

# Fourth Court of Appeals
## San Antonio, Texas

October 21, 2020

No. 04-20-00261-CV

**IN THE INTEREST OF K.K.B, J.M.B, J.F.B., C.J.B, AND C.B.B, CHILDREN,**

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 18-08-0643-CVW
Honorable Russell Wilson, Judge Presiding

## ABATEMEMT ORDER

This is an accelerated appeal from an order terminating appellant's parental rights. Appellant has filed a motion to abate the appeal due to the omission of several volumes of reporter's record from the appellate record. The motion is GRANTED. This appeal is ABATED and the court reporter is ORDERED to promptly file a supplemental reporter's record for each of the following hearings and/or trial proceedings: August 9, 2019; January 15, 2020; and March 3-4, 2010. *See* TEX. R. APP. P. 34.6(d). Upon the filing of the complete reporter's record in this court, this appeal will be reinstated and the appellant's brief will be due within twenty (20) days after the date of reinstatement with no further extensions.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of October, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court